FILED CLERK
U.S. DISTRICT COURT

AUG 4  9 10 AM '03

EAST. DIST. MICHIGAN
SOUTHERN DIV.-FLINT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. CAMPBELL and
MARY M. CAMPBELL,

    Plaintiffs

v.

BRIDGEVIEW MARINA, LTD.,
NEEDHAM'S MARINE, LTD., and
CAPTAIN'S YACHTING SERVICE, LTD.,

    Defendants.
_____/

CIVIL CASE NO. 03-40164

HONORABLE PAUL V. GADOLA
U.S. DISTRICT JUDGE

### ORDER

On July 7, 2003, the Court ordered Plaintiffs to show cause why this civil action should not be dismissed for lack of subject matter jurisdiction: the Court identified a jurisdictional defect regarding diversity jurisdiction. See 28 U.S.C. § 1332(c)(1). Plaintiffs filed a timely response to the order to show cause.

Plaintiffs' response adequately resolved the Court's jurisdictional concerns. That is, the Court is satisfied that Plaintiffs have properly alleged diversity jurisdiction in this civil action. Thus, the Court will dismiss the order to show cause. Additionally, to fully cure the jurisdictional defects in the complaint, the Court will order Plaintiffs to amend the complaint. See 28 U.S.C. § 1653 ("Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts."); Fed. R. Civ. P. 15(a).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Court's order to show cause [docket entry 2] is **DISMISSED.**

**IT IS FURTHER ORDERED** that, within **ELEVEN (11) DAYS** of the filing of this order, Plaintiffs shall amend the complaint [docket entry 1] as follows: Plaintiffs shall add the following sentence to paragraph two (2) of the complaint: "Defendants are Canadian corporations, and Defendants' principal places of business are in Ontario, Canada."

SO ORDERED.

Dated: 8/2/03

HONORABLE PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE