UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. CAMPBELL and
MARY M. CAMPBELL,

    Plaintiffs,

vs.

BRIDGEVIEW MARINA, LTD.,
NEEDHAM'S MARINE, LTD., and
CAPTAIN'S YACHTING SERVICE, LTD.,

    Defendants.

Case No. 03-40164

Hon.: Paul V. Gadola

RECEIVED
OCT 21 2003
U.S. DISTRICT COURT

---

| Potter, DeAgostino, Campbell & O'Dea | D'Luge, Miles, Miles & Cameron, P.L.C. |
|---|---|
| STEVEN M. POTTER (P33344) | BRIAN J. MILES (P37186) |
| RICK J. PATTERSON (P55706) | CHERYL A. CAMERON (P52497) |
| Attorneys for Plaintiffs | Attys for Defs Bridgeview & Captain's Yachting |
| 2701 Cambridge Court, Suite 223 | 67 N. Walnut |
| Auburn Hills, Michigan 48326 | Mt. Clemens, Michigan 48043 |
| (248) 377-1700/(248) 377-0051 fax | (586) 468-7511/(586) 468-7049 fax |

Garan Lucow Miller, P.C.
MARK SHREVE (29149)
Attorney for Needham's Marine, Ltd.
1111 W. Long Lake, Suite 300
Troy, Michigan 48098-6333

---

## STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE ITS RESPONSE BRIEF TO DEFENDANT NEEDHAM'S MARINE'S MOTIONS TO DISMISS

"At a session of said Court held in the U.S. District
Courthouse in the City of Flint, County of Genessee
on OCT 23 2003

PRESENT: PAUL V. GADOLA ,
U.S. DISTRICT COURT JUDGE

This matter having come before the Court by way of Stipulation of the parties by and through their respective attorneys and the Court being fully advised in the premises;

NOW THEREFORE,

IT IS ORDERED THAT Plaintiffs shall have until October 27, 2003 to file their Responses to Defendant Needham's Marine, Ltd.'s Motion to Dismiss and Defendant Needham's Marine, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and that Defendant's time to file a reply brief is correspondingly extended.

_____
DISTRICT COURT JUDGE

## STIPULATION OF EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Plaintiffs shall have until October 27, 2003 to file their Responses to Defendant Needham's Marine, Ltd.'s Motion to Dismiss and Defendant Needham's Marine, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and that Defendant's time to file a reply brief is correspondingly extended.

_____
RICK J. PATTERSON (P55706)
Attorney for Plaintiffs

_____ (see Consent attached)
MARK SHREVE (29149)
Attorney for Defendant Needham's Marine

POTTER, DeAGOSTINO, CAMPBELL & O'DEA

```
OCT 20 2003 11:42  FR GARAN LUCOW
10/20/2003    10:00    POTTER,DEAGOSTINO → 12486410222    248 641 5412 TO 12483770051    P.03/03
                                                                                         NO.162
```

This matter having come before the Court by way of Stipulation of the parties by and through their respective attorneys and the Court being fully advised in the premises;

NOW THEREFORE,

IT IS ORDERED THAT Plaintiffs shall have until October 27, 2003 to file their Responses to Defendant Needham's Marine, Ltd.'s Motion to Dismiss and Defendant Needham's Marine, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction.

_____
DISTRICT COURT JUDGE

### STIPULATION OF EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Plaintiffs shall have until October 27, 2003 to file their Responses to Defendant Needham's Marine, Ltd.'s Motion to Dismiss and Defendant Needham's Marine, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, *and that defendant's time to file a reply brief is also corresponding extended.*

RICK J. PATTERSON (P55706)           MARK SHREVE (29149)
Attorney for Plaintiffs              Attorney for Defendant Needham's Marine

OCT 20 2003 11:12